

# Fourth Court of Appeals
## San Antonio, Texas

January 31, 2018

No. 04-18-00037-CV

**IN THE INTEREST OF N.A.S, JR, B.R.S, AND R.C.S, CHILDREN**,

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CV-14-0000351
Honorable M. Rex Emerson, Judge Presiding

### O R D E R

On October 18, 2017, appellant Deborah Silva was held in contempt for violating certain provisions of a trial court order. On January 19, 2018, appellant filed a notice of appeal seeking to appeal the trial court's order of contempt.

This court does not have jurisdiction to review contempt orders by direct appeal. *See, e.g.*, *Norman v. Norman*, 692 S.W.2d 655, 655 (Tex. 1985); *Chavira v. Quarry Hills Mgmt., LLC*, 458 S.W.3d 561, 565–66 (Tex. App.—El Paso 2014, pet. denied). Contempt orders may only be reviewed by an application for a writ of habeas corpus, if the contemnor has been confined, or by a petition for a writ of mandamus, if the contemnor has not been confined. *See Rosser v. Squier*, 902 S.W.2d 962, 962 (Tex. 1995); *Ex parte Williams*, 690 S.W.2d 243, 243 n.1 (Tex. 1985); *Chavira*, 458 S.W.3d at 566. It is therefore ORDERED that appellant show cause in writing within two weeks from the date of this order why this appeal should not be dismissed for lack of jurisdiction. *See Rosser*, 902 S.W.2d at 962; *Chavira*, 458 S.W.3d at 566. All appellate deadlines are suspended pending further order of this court.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of January, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court